# FILED

DEC 1 3 2007   **NF**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE LEINENWEBER**

# 07CR    839

UNITED STATES OF AMERICA

v.

ARMANDO CARRASCO-CHAVEZ

Violation: Title 8, United States Code,
Sections 1326(a) and (b)(2); and Title 6, United
States Code, Section 202(4)

**MAGISTRATE JUDGE SCHENKIER**

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about May 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ARMANDO CARRASCO-CHAVEZ,

defendant herein, an alien who previously had been deported and removed from the United States

on or about May 17, 2002 and again on May 20, 2006, was present and found in the United States

without previously having obtained the express consent of the Secretary of the Department of

Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United

States Code, Section 202(4).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY