Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 GJ 1164 | DATE | DECEMBER 13, 2007 |
| CASE TITLE | US v. ARMANDO CARRASCO-CHAVEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**FILED**
DEC 1 3 2007    NF

Docket Entry:

**07CR 839**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AT TIME OF ARRAIGNMENT. DEFENDANT IS CURRENTLY IN THE ADMINISTRATIVE CUSTODY OF IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY.

**JUDGE LEINENWEBER**

**MAGISTRATE JUDGE SCHENKIER**

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#