# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 839 - 1 | **DATE** | 1/8/2008 |
| **CASE TITLE** | United States of America vs. Armando Carrasco Chavez | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to indictment filed on 12/13/07. Defendant informed of rights. The Court appoints Steve Levy as counsel for the defendant pending the filing of a financial affidavit. Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 1/15/08. Pretrial motions are to be filed by 1/29/08  Response to pretrial motions are to be filed by 2/5/08. A status hearing is set before Judge Leinenweber on 2/5/08 at 9:00 .m. Time is excluded from 1/8/08 to 2/5/08 pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E). Detention hearing set for 1/11/08 at 9:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|


Case 1:07-cr-00839   Document 7   Filed 01/08/2008   Page 2 of 2

07CR839 - 1 United States of America vs. Armando Carrasco Chavez                                      Page 2 of  2