## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 839 | **DATE** | 1/11/2008 |
| **CASE TITLE** | United States of America vs. Daniel Hill | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. The defendant waives the detention hearing without prejudice to the defendant's right to move for pretrial release on conditions at a later time. The government's oral motion for detention is granted. The defendant is to be detained pending trial or order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|