## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 839 | **DATE** | 4/30/2008 |
| **CASE TITLE** | United States of America vs. Armando Carrasco-Chavez | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty to the one count indictment. Defendant enters a blind plea of guilty to the one count indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing set for 8/27/2008 at 9:45 a.m.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | WAP |
|---|---|---|