UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ARMANDO CARRASCO-CHAVEZ )<br>Defendant. )<br>_____) | Case. No. 07 CR 839<br>Judge Harry D. Leinenweber |

NOTICE OF FILING

TO:

    Christopher R. McFadden
    Assistant United States Attorney
    Office of the United States Attorney
    219 S. Dearborn Street, Fifth Floor
    Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on August 22, 2008 the undersigned filed with the Clerk of the Court the following:

    Defendant Chavez's Response to Presentence Investigative Report

A copy of which is hereby served upon you.

                                                                                         Respectfully Submitted,

                                                                                    S/Steven M. Levy_____
                                                                                    Steven M. Levy, Esq.

Steven M. Levy, Esq.
266 Rutledge Street
Gary, Indiana 46404
219-882-0171
Bar No. 1645897
Attorney for Defendant Chavez

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Notice of Filing was served by Electronic Means in compliance with the Order of the United States District Court on Electronic Filing on August 22, 2008 on Christopher R. McFadden, Assistant U.S. Attorney, Office of the United States Attorney, 219 S. Dearborn, 5th Floor, Chicago, Illinois 60604.

                                                S/Steven M. Levy
                                                Steven M. Levy, Esq.